**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CAROL MURPHY,

                Plaintiff,

   - against -

STONY BROOK UNIVERSITY HOSPITAL,
STATE UNIVERSITY OF NEW YORK,
BENJAMIN GABRIELLE, JACQUELINE
BIER, and JOAN PARROTTA,

                Defendants.
------------------------------------------------------------X

**JUDGMENT**
CV 20-1298 (SIL)

     A Memorandum and Order of Honorable Steven I. Locke, United States Magistrate Judge, having been filed on September 13, 2022, granting Defendants' motion for summary judgment in its entirety, dismissing Plaintiff's Title VII claims with prejudice, and dismissing Plaintiff's state law claims without prejudice to filing in the proper forum, it is

     **ORDERED AND ADJUDGED** that Plaintiff Carol Murphy take nothing of Defendants Stony Brook University, State University of New York, Benjamin Gabrielle, Jacqueline Bier, and Joan Parrotta; that Defendants' motion for summary judgment is granted in its entirety; that Plaintiff's Title VII claims are dismissed with prejudice; that Plaintiff's state law claims are dismissed without prejudice to filing in the proper forum; and that this case is closed.

Dated: September 15, 2022
       Central Islip, New York

                                                        BRENNA B. MAHONEY
                                                        CLERK OF COURT

                                       By:    /s/ James J. Toritto
                                                       Deputy Clerk